UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RIVER OAKS KERRVILLE LIMITED, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-22-CV-1159-FB (HJB) |
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is Defendant's Partially Unopposed Motion to Compel Non-Party Teer Roofing's Production of Documents and for Contempt. (Docket Entry 51). Pretrial matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1). (*See* Docket Entry 13.)

A discovery status conference was held in this case on March 11, 2024. At the conference, the Court extended the deadlines in this case and ordered Defendant to file an advisory as to the status of its attempts to resolve the matters addressed in its pending motion. (Docket Entry 53.) Defendant has now filed the advisory, indicating that it is in the process of scheduling a deposition of the corporate representative of Teer Roofing, at which time it may be able to resolve the issue concerning the production of documents that is the subject of the pending motion. (Docket Entry 54, at 1.) Accordingly, Defendant submits that no ruling on the pending motion is necessary at this time. (*Id.* at 1–2.)

In light of Defendant's advisory, the Partially Unopposed Motion to Compel Non-Party Teer Roofing's Production of Documents and for Contempt (Docket Entry 51) is **DENIED WITHOUT PREJUDICE** to renewal at a later date if necessary.

It is so **ORDERED**.

**SIGNED** on March 19, 2024.

Henry J. Bemporad
United States Magistrate Judge