IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RIVER OAKS KERRVILLE LIMITED, § | |
|    *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 5:22-CV-01159-FB-HJB |
| § | |
| ALLIED PROPERTY AND CASUALTY § | |
| INSURANCE COMPANY § | |
|    *Defendant.* § | |

## JOINT STATUS REPORT REGARDING DISCOVERY

Defendant Allied Property and Casualty Insurance Company ("Allied") and Plaintiff River Oaks Kerrville Limited ("Plaintiff") (collectively, the "Parties") file this Joint Status Report regarding Discovery pursuant to this Court's Order (Doc. No. 53), and respectfully advise the Court as follows:

**I.  Status of Remaining Discovery and Request for 30-day Extension of the Discovery and Dispositive Motions Deadline**

1.  This Court ordered the Parties to submit a status report regarding any remaining discovery disputes in this case. Plaintiff did not object to Allied's conferral regarding the requested non-party depositions of tenants, Marie Ludeke, and Bobby Teer.

2.  Allied is currently in the process of scheduling the depositions, however, Plaintiff's counsel provided that they have a conflict with another matter that may proceed to trial on April 29, 2024.

3.  Therefore, the Parties request that the Court extend the Discovery and Dispositive Motion deadlines by an additional 30 days to allow the Parties to complete the requested depositions. The extension would effectively move the Discovery deadline from May 6, 02024 to June 5, 2024 and the Dispositive Motions deadline from June 6, 2024 to July 8, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ Trevis Loree (w/ permission PMK)* | */s/ Patrick M. Kemp* |
| Robert W. Loree | Patrick M. Kemp |
| Texas Bar No. 12579200 | Texas Bar No. 24043751 |
| rob@lhllawfirm.com | pkemp@smsm.com |
| Trevis R. Loree | Robert G. Wall |
| Texas Bar No. 24129235 | Texas Bar No. 24072411 |
| trevis@lhllawfirm.com | rwall@smsm.com |
| Loree & Lipscomb | Segal McCambridge Singer & Mahoney |
| 777 East Sonterra Blvd., Suite 320 | 100 Congress Avenue, Suite 800 |
| San Antonio, Texas 78258 | Austin, Texas 78701 |
| (210) 404-1320 | (512) 476-7834 |
| (210) 404-1310 – Facsimile | (512) 476-7832 – Facsimile |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this 5th day of April, 2022 to:

Robert W. Loree
Trevis R. Loree
Loree & Lipscomb
777 East Sonterra Blvd., Suite 320
San Antonio, Texas 78258
rob@lhllawfirm.com
trevis@lhllawfirm.com

*/s/ Patrick M. Kemp*
Patrick M. Kemp