UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RIVER OAKS KERRVILLE LIMITED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-22-CV-1159-FB (HJB) |
| | § | |
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The matter before the Court is the parties' Joint Status Report Regarding Discovery. (Docket Entry 56.) It is hereby **ORDERED** that the parties' deadline extensions requested in their status report are **GRANTED**.

The discovery deadline is **EXTENDED** to **June 5, 2024**, and the dispositive motions deadline is **EXTENDED** to **July 8, 2024**.

**SIGNED** on April 9, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge