IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RIVER OAKS KERRVILLE LIMITED, § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 5:22-CV-01159-FB-HJB |
| § | |
| ALLIED PROPERTY AND CASUALTY § | |
| INSURANCE COMPANY § | |
| *Defendant.* § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff River Oaks Kerrville Limited and Defendant Allied Property and Casualty Insurance Company provide notice to the Court that Plaintiff and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, the parties respectfully request that any pending matters related to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

*(Signatures on following page.)*

Respectfully submitted,

| | |
|---|---|
| */s/ Trevis R. Loree (w/ permission PMK)* | */s/ Patrick M. Kemp* |
| Robert W. Loree | Patrick M. Kemp |
| Texas Bar No. 12579200 | Texas Bar No. 24043751 |
| rob@lhllawfirm.com | pkemp@smsm.com |
| Trevis R. Loree | Robert G. Wall |
| Texas Bar No. 24129235 | Texas Bar No. 24072411 |
| trevis@lhllawfirm.com | rwall@smsm.com |
| Loree & Lipscomb | Segal McCambridge Singer & Mahoney |
| 777 East Sonterra Blvd., Suite 320 | 100 Congress Avenue, Suite 800 |
| San Antonio, Texas 78258 | Austin, Texas 78701 |
| (210) 404-1320 | (512) 476-7834 |
| (210) 404-1310 – Facsimile | (512) 476-7832 – Facsimile |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this the 22nd day of August, 2024 to:

Robert W. Loree
Trevis R. Loree
Loree & Lipscomb
777 East Sonterra Blvd., Suite 320
San Antonio, Texas 78258
rob@lhllawfirm.com
trevis@lhllawfirm.com

*/s/ Patrick M. Kemp*
Patrick M. Kemp